UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MAIKEL LEONARDO PAREDES TORO,

Petitioner,

v. Case No. 3:26-cv-1995-MMH-LLL

WARDEN, NORTH FLORIDA DETENTION FACILITY and U.S. ATTORNEY GENERAL,

Respondents.

---

**ORDER**

Petitioner Maikel Leonardo Paredes Toro, an immigration detainee, initiated this action by filing a pro se Petition for Writ of Habeas Corpus (Doc. 1) on August 4, 2026. Although the Petition is not a model of clarity, it appears that the crux of Paredes Toro's Petition is that he is not subject to mandatory detention. See generally Doc. 1. As relief, he asks the Court, inter alia, to direct his immediate release or, in the alternative, direct Respondents to provide him with an individualized bond hearing. Id. at 7.

When Paredes Toro filed the Petition, he did not have a final order of removal and, therefore, was detained pursuant to 8 U.S.C. § 1226. However, circumstances have changed. Paredes Toro now has a final order of removal

that subjects him to mandatory detention under 8 U.S.C. § 1231. As such, any claims regarding his pre-final-order-of-removal detention are moot.

Accordingly, it is **ORDERED**:

1. Paredes Toro's Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED as moot**.

2. The **Clerk** is directed to terminate any motions, enter judgment dismissing the Petition as moot, and close the file.

3. The **Clerk** shall update Paredes Toro's address to ERO El Paso Camp East Montana, 6920 Digital Road, El Paso, TX 79936.

**DONE AND ORDERED** at Jacksonville, Florida, this 15th day of September, 2026.

Marcia Morales Howard

**MARCIA MORALES HOWARD**
United States District Judge

Jax-9 9/15
c:
Maikel Leonardo Paredes Toro, #A243016616
Counsel of record